CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Ryan Johnson**<br>DOB: 1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00426MJ** |
|---|---|

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(iii) & 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about August 2, 2022, in the District of Arizona, **Ryan Johnson**, knowing or in reckless disregard that certain aliens, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On August 2, 2022, in the District of Arizona (Nogales), Border Patrol Agents (BPAs) were conducting surveillance at the Time Motel. BPAs gained visual of a subject wearing a white tank top and shorts exit room 134 multiple times. This person was later identified as **Ryan JOHNSON.** BPAs then observed a Pizza Hut delivery driver deliver three large pizzas to room 134. Shortly after, Agents observed two subjects wearing dark long sleeve clothing approach room 134, knock and enter the room. At approximately 2:00 p.m., BPAs assisted the Nogales Police Department with a knock and talk on room 134. BPAs knocked on the door and were greeted by **JOHNSON**. **JOHNSON** immediately exited the room and closed the door behind him. BPAs questioned **JOHNSON** as to his citizenship to which **JOHNSON** stated he was a United States citizen. BPAs then asked **JOHNSON** if there were any more people in the room to which **JOHNSON** stated there were six more people inside and that they were people he worked with. BPAs asked **JOHNSON** if the other six people were non-citizens to which he stated he believed they were. BPAs gained consent to enter room 134 from **JOHNSON** and observed four subjects attempting to conceal themselves on the beds underneath the covers. BPAs asked the four subjects to uncover themselves and they complied. BPAs then asked for anyone hiding in the bathroom to exit and two more subjects came out. All six subjects, to include Pedro Perez-Cruz, were determined to be citizens of Mexico illegally present in the United States.

Records checks revealed that Pedro Perez-Cruz does not possess the proper documentation to enter, pass through or remain in the United States legally. Perez-Cruz was previously removed from the United States on November 22, 2018.

After waiving his *Miranda* rights, **JOHNSON** admitted to being the caretaker for the non-citizens and stated he was going to be paid $80 per non-citizen he watched over at the hotel. **JOHNSON** stated he got involved in non-citizen smuggling because he was homeless, and his wife was in debt for loosing 3,000 fentanyl pills belonging to an unknown organization or subject.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA HNS/pl | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 3, 2022 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54